IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDELALIEM EL BADRY, | No. CIV S-08-3175-FCD-CMK |
| Plaintiff, | |
| vs. | FINDINGS AND RECOMMENDATIONS |
| TRI COUNTIES BANK, | |
| Defendant. | |
| _____/ | |

        Pending before the court is plaintiff's complaint (Doc. 1).  The court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity.  See 28 U.S.C. § 1915A(a).  The court is also required to screen complaints brought by litigants who have been granted leave to proceed in forma pauperis.  See 28 U.S.C. § 1915(e)(2).  Under these screening provisions, the court must dismiss a complaint or portion thereof if it: (1) is frivolous or malicious; (2) fails to state a claim upon which relief can be granted; or (3) seeks monetary relief from a defendant who is immune from such relief.  See 28 U.S.C. §§ 1915(e)(2)(A), (B) and 1915A(b)(1), (2).  Moreover, pursuant to Federal Rule of Civil Procedure 12(h), this court must dismiss an action "[w]henever it appears . . . that the court lacks jurisdiction of the subject matter . . . ."  Because plaintiff, who is

1  not a prisoner, has been granted leave to proceed in forma pauperis, the court will screen the
2  complaint pursuant to § 1915(e)(2).  Pursuant to Rule 12(h), the court will also consider as a
3  threshold matter whether it has subject-matter jurisdiction.
4        Plaintiff alleges:
5        I have an accounts [sic] with the Tri Counties Bank.  The Bank never produced me with statements and or information.  The Bank "breach of
6        contracts" as we agree.
7        I'm asking the Bank to provide the oragenil [sic] documents and statement to all my accounts, and I'm asking the Bank to refunds [sic] all the money
8        to me.
9  There is nothing in these allegations which remotely suggest a federal claim.  Specifically,
10 plaintiff does not allege any violation of the federal constitution or a law of the United States.
11 Because plaintiff does not state a cognizable federal claim, this court lacks subject matter
12 jurisdiction and the action must be dismissed.
13        Based on the foregoing, the undersigned recommends that this action be
14 dismissed.
15        These findings and recommendations are submitted to the United States District
16 Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within 20 days
17 after being served with these findings and recommendations, any party may file written
18 objections with the court.  The document should be captioned "Objections to Magistrate Judge's
19 Findings and Recommendations."  Failure to file objections within the specified time may waive
20 the right to appeal.  See Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

 DATED: February 17, 2009

                                    _____
                                    **CRAIG M. KELLISON**
                                    UNITED STATES MAGISTRATE JUDGE